1

2

3                                              JS-6

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   TRACIE TRIBENDIS, as Guardian Ad        ) CASE NO.: CV 14-2765-DMG (PJWx)
     Litem for ROBERT WIGHTMAN, JOSE         )
12   FLORES, as representative of            )
     GUADALUPE MORENO and                    ) **ORDER GRANTING**
     FERNANDO SANCHEZ as representative      ) **STIPULATION RE DISMISSAL**
13   of MAGDALENA FRACO DE                   ) **WITH PREJUDICE [122]**
     SANCHEZ, on behalf of himself and all   )
14   others similarly situated,              )
                                             )
15          Plaintiffs,                      )
                                             )
16   v.                                      )
                                             )
17   LIFE CARE CENTERS OF AMERICA,           )
     INC., dba BEL TOOREN VILLA              )
18   CONVALESCENT HOSPITAL; LA               )
     MIRADA HEALTHCARE CENTER dba            )
19   IMPERIAL HEALTHCARE CENTER              )
     fka IMPERIAL CONVALESCENT               )
20   HOSPITAL; and DOES 1 THROUGH 10,        )
     inclusive,                              )
21                                           )
            Defendants.                      )
22

23

24

25

26

27

28

1       Having considered the Parties' Stipulation Re Dismissal With Prejudice and

2 good cause appearing therefor, **IT IS HEREBY ORDERED** that:

3       Defendants Life Care and Bel Tooren, and any and all claims against them

4 made by Plaintiffs herein, are hereby DISMISSED WITH PREJUDICE pursuant to

5 Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own attorneys'

6 fees, costs, and expenses.  The action is administratively closed.

7

8 **IT IS SO ORDERED.**

9

10 DATED:  September 29, 2016            _____

                                              DOLLY M. GEE

11                              UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28